AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rufus Julius Cornelius Anderson, a/k/a Rufus Julius C. Anderson, a/k/a Rufus J. Anderson,<br>*Plaintiff*<br>v.<br>Greenville Health System,<br>*Defendant* | Civil Action No.   6:16-cv-01051-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the plaintiff, Rufus Julius Cornelius Anderson, shall take nothing of the defendant, Greenville Health System, as to the complaint filed pursuant to 42 U.S.C. §1983 and this case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting the defendant's motion to dismiss.

Date:   October 31, 2016                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                 s/A. Buckingham
                                                                                    *Signature of Clerk or Deputy Clerk*